## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
| **PHASEBIO PHARMACEUTICALS, INC** | : | **Case No. 22–10995 (LSS)** |
|  | : |  |
| Debtor.[1] | : | Re: Docket No. 750 |

-------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, I caused the *Chapter 11 Monthly Operating Report for the Reporting Period Ended: 07/31/2023* [Docket No. 750], to be served upon the party identified below in the manner indicated.

### *Via Email*

Office of the United States Trustee
Jane M. Leamy
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: jane.m.leamy@usdoj.gov


*/s/ James F. McCauley*
James F. McCauley (No. 6991)

---

[1] The last four digits of the Debtor's federal tax identification number are 5697.  The Debtor's registered address is 3500 S. DuPont Hwy, Dover, Delaware 19901.